Patrick B. Streb/State Bar No. 116555
WELTIN, STREB & WELTIN
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Telephone: 510-251-6060
Facsimile: 510-251-6040

Attorneys for Plaintiff
ERIC MONTENEGRO

James B. Nebel/State Bar No.69626
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, California 94104
Telephone: 415-693-5566
Facsimile: 415-693-0410

Attorneys for Defendant
WAN HAI LINES (SINGAPORE) PTE LTD.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MONTENEGRO,<br><br>    Plaintiff,<br><br>vs.<br><br>WAN HAI LINES (SINGAPORE) PTE LTD., et al.,<br>,<br>    Defendants. | Case No.: C 10-000581 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION AND RE-SCHEDULING CASE MANAGEMENT CONFERENCE** |

    The parties to this action, plaintiff ERIC MONTENEGRO, and defendant, WAN HAI LINES (SINAGAPORE) PTE LTD., by and through their counsel of record, stipulate as follows and request the Court to enter an Order extending the time to complete Mediation in this matter. The request is made on the basis of the following:

---

-1-
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION

1. At the Case Management Conference that was held on May 21, 2010, the Court set certain deadlines as well as setting dates for the pre-trial conference and trial. Among other things, the Court set the case for trial to begin on April 11, 2011. The Court also, pursuant to the agreement of the parties, referred the case to the Court's Alternative Dispute Resolution program for Mediation to occur 90 days from the date of the initial Case Management Conference. The Court set a further Case Management Conference for August 27, 2010. The deadlines - for the disclosure of experts as well as for the completion of discovery and private mediation and the filing of dispositive motions - were set on the basis of a trial date.

2. The parties have been working cooperatively to prepare the case for resolution but have not been able to complete the necessary discovery to position the case for Mediation. Thus, the parties request approximately a 60-day extension of the deadline for Mediation and a re-scheduling of the Case Management Conference that was to follow Mediation. The parties do not anticipate that they will need to request a continuance of any other dates relating to the pre-trial preparation and the trial.

3. When the Court directed the parties to Mediation, it specified that each side could take one deposition. Counsel for defendant intended that the one deposition for the defense would be the plaintiff, Eric Montenegro. Prior to the Case Management Conference - on May 13, 2010 - counsel had served interrogatories and requests for production of documents on the plaintiff and had also subpoenaed relevant records from the plaintiff's employer and the contracting stevedore. Counsel expected, at the time, that responses could reasonably be expected by the end of June, 2010. Counsel for the plaintiff, however, encountered some issues that necessitated an extension, which was granted. As a consequence, plaintiff's responses to the discovery were served on July 19, 2010. Those responses included substantial medical records and reports which defendant will need to have reviewed by a medical specialist to prepare for the Mediation. In addition, the contracting stevedore produced records on or about June 18, 2010, but the response was incomplete. Significant records that are pertinent to plaintiff's deposition have not yet been produced. As a consequence, defendant has not yet been in a position to take plaintiff's deposition. It is anticipated that the necessary documents and materials can be obtained by the end

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION

of August, 2010, and plaintiff's deposition can be taken by mid-September, 2010. Thereafter, counsel for defendant can communicate with the shipowner in Singapore and its underwriter in London to prepare for the Mediation.

4. John Meadows, an experienced maritime practitioner, has been appointed as the Mediator in this matter and a Mediation was scheduled for August 19, 2010. Because of the status of discovery, however, the parties cannot prepare the case adequately to conduct the Mediation at that time. Thus, they respectfully request an extension of the Mediation deadline. If granted, they will work with Mr. Meadows to reschedule the Mediation for a mutually convenient time.

5. In light of the request for the extension of the Mediation deadline, the parties also request that the next Case Management Conference by re-scheduled for a date following the Mediation session.

Dated: August 9, 2010         WELTIN, STREB & WELTIN LLP

                              /s/ Patrick B. Streb
                              By _____
                              Patrick B. Streb
                              Attorneys for Plaintiff
                              ERIC MONTENEGRO

Dated: August 9, 2010         FLYNN, DELICH & WISE LLP

                              /s/ James B. Nebel
                              By _____
                              James B. Nebel
                              Attorneys for Defendant
                              WAN HAI LINES (SINGAPORE) PTE LTD.

### [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the existing

////

////

-3-
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION

1  Mediation deadline is extended through October 15, 2010, and the next Case Management
2  Conference is re-scheduled for ~~October 29, 2010~~ November 5, 2010, at 1:30 p.m.

3

4  Dated: August 10, 2010

5

6  _____
   UNITED STATES MAGISTRATE JUDGE
7  Judge Joseph C. Spero



-4-
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626