Patrick B. Streb/State Bar No. 116555
WELTIN, STREB & WELTIN
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Telephone: 510-251-6060
Facsimile: 510-251-6040

Attorneys for Plaintiff
ERIC MONTENEGRO


James B. Nebel/State Bar No.69626
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, California 94104
Telephone: 415-693-5566
Facsimile: 415-693-0410

Attorneys for Defendant
WAN HAI LINES (SINGAPORE) PTE LTD.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MONTENEGRO, <br><br> Plaintiff, <br><br> vs. <br><br> WAN HAI LINES (SINGAPORE) PTE LTD., et al., <br>, <br><br> Defendants. | Case No.: C 10-000581 JCS <br><br> **JOINT CASE MANAGEMENT STATEMENT AND STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date: January 28, 2011 <br> Time: 1:30 p.m. <br> Before: Hon. Joseph C. Spero <br> Courtroom A, 15th Floor |

On January 19, 2011, the Clerk sent a Notice confirming that a case management in this matter has been set for January 28, 2011 at 1:30 p.m. The Notice included the directive that any party requesting a continuance shall submit a stipulation and proposed order.

The parties to this action, plaintiff ERIC MONTENEGRO, and defendant, WAN HAI LINES (SINAGAPORE) PTE LTD., by and through their counsel of record, submit this Case

---
-1-
JOINT CASE MANAGEMENT STATEMENT AND STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1 Management Statement and stipulate as follows, requesting the Court to enter an Order continuing
2 the case management conference until the time presently scheduled for the pretrial conference,
3 April 1, 2011 at 1:30 p.m.

**Case Management Statement**

5 The parties have not yet been unable to complete mediation. There are two primary
6 reasons for this. First, the prerequisites necessary to allow defendant to evaluate the case were the
7 taking of plaintiff's deposition and the independent medical examination of plaintiff. Both have
8 taken place but because of delay and confusion in obtaining certain CT scans and x-rays, the
9 physician of defendant's choosing has not yet completed his report. The CT scans and x-rays have
10 now been delivered and the report is expected momentarily. Second, and somewhat related to the
11 delay described above, counsel for defendant has been undergoing treatment for prostate cancer.
12 The regimen included 35 daily sessions of radiation therapy, which recently have been completed.
13 The parties are now in a position to mediate this matter sometime in the month of February and
14 will make arrangements immediately with the designated mediator to do so.

**Stipulation Seeking to Continue Case Management Conference**

16     1.    In light of the foregoing, the parties agree that the scheduled case management

17 ////
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28

-2-
JOINT CASE MANAGEMENT STATEMENT AND STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

conference should be rescheduled.  They propose that it be held at the time of the scheduled pretrial conference, April 1, 2011 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: January 20, 2011          WELTIN, STREB & WELTIN LLP

                                         /s/  Patrick B. Streb
                                 By _____
                                    Patrick B. Streb
                                    Attorneys for Plaintiff
                                    ERIC MONTENEGRO

Dated: January 20, 2011          FLYNN, DELICH & WISE LLP

                                         /s/  James B. Nebel
                                 By _____
                                    James B. Nebel
                                    Attorneys for Defendant
                                    WAN HAI LINES (SINGAPORE) PTE LTD.

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the case management conference in this matter that is currently scheduled for January 28, 2011 at 1:30 p.m. be rescheduled to be held at the time of the pretrial conference, April 1, 2011 at 1:30 p.m.

Dated: January 21, 2011



_____
UNITED STATES MAGISTRATE JUDGE
Judge Joseph C. Spero

-3-
JOINT CASE MANAGEMENT STATEMENT AND STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE