Patrick B. Streb/State Bar No. 116555
WELTIN, STREB & WELTIN
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Telephone: 510-251-6060
Facsimile: 510-251-6040

Attorneys for Plaintiff
ERIC MONTENEGRO


James B. Nebel/State Bar No.69626
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, California 94104
Telephone: 415-693-5566
Facsimile: 415-693-0410

Attorneys for Defendant
WAN HAI LINES (SINGAPORE) PTE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MONTENEGRO,<br><br>        Plaintiff,<br><br>  vs.<br><br>WAN HAI LINES (SINGAPORE) PTE LTD., et al.,<br>,<br>        Defendants. | Case No.: C 10-000581 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING PRETRIAL AND TRIAL DATES** |

The parties to this action, plaintiff ERIC MONTENEGRO, and defendant, WAN HAI LINES (SINAGAPORE) PTE LTD., by and through their counsel of record, stipulate and request the Court to enter an Order vacating the current pretrial conference and trial dates of April 1, 2011 at 1:30 p.m. and April 11, 2011 at 8:30 a.m., respectively. The parties also request the Court to set

---

-1-
STIPULATION AND [PROPOSED] ORDER VACATING PRETRIAL AND TRIAL DATES

new pretrial and trial dates at the next case management conference, scheduled for April 1, 2011 at 1:30 p.m.

Dated: February 7, 2011            WELTIN, STREB & WELTIN LLP

                                                /s/ Patrick B. Streb
                                        By _____
                                                Patrick B. Streb
                                                Attorneys for Plaintiff
                                                ERIC MONTENEGRO

Dated: February 7, 2011            FLYNN, DELICH & WISE LLP

                                                /s/ James B. Nebel
                                        By _____
                                                James B. Nebel
                                                Attorneys for Defendant
                                                WAN HAI LINES (SINGAPORE) PTE LTD.

### [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the currently scheduled pretrial and trial dates are vacated and the Court will set new dates for the pretrial conference and trial at the next case management conference, scheduled for April 1, 2011 at 1:30 p.m. The parties are to submit a joint case management statement one week prior to the case management conference.

Dated: February 8, 2011

                                         /s/ Joseph C. Spero
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

-2-
STIPULATION AND [~~PROPOSED~~] ORDER VACATING PRETRIAL AND TRIAL DATES