UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ERIC MONTENEGRO,<br>    Plaintiff, | No. C 10-0581 JCS |
| v. | **ORDER RE: ATTENDANCE** |
| WAN HAI LINES (SINGAPORE) PTE LTD.,<br>    Defendants.<br>_____/ | Date:       March 30, 2011<br>Mediator:  Jack Skelton |

IT IS HEREBY ORDERED that the request for defendant Wan Hai Lines (Singapore) PTE Ltd.'s client representative and its insurer representative, Paul Johnson, to attend telephonically the mediation on March 30, 2011 before Jack Skelton is GRANTED. The representatives shall be available at all times to participate in the mediation session in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

March 21, 2011          By:          *Elizabeth D. Laporte*
Dated                                       Elizabeth D. Laporte
                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California