Patrick B. Streb/State Bar No. 116555
WELTIN, STREB & WELTIN
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Telephone: 510-251-6060
Facsimile: 510-251-6040

Attorneys for Plaintiff
ERIC MONTENEGRO

James B. Nebel/State Bar No.69626
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, California 94104
Telephone: 415-693-5566
Facsimile: 415-693-0410

Attorneys for Defendant
WAN HAI LINES (SINGAPORE) PTE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MONTENEGRO,<br><br>Plaintiff,<br><br>vs.<br><br>WAN HAI LINES (SINGAPORE) PTE LTD., et al.,<br><br>Defendants. | Case No.: C 10-000581 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties to this action, plaintiff ERIC MONTENEGRO, and defendant, WAN HAI LINES (SINAGAPORE) PTE LTD., by and through their counsel of record, stipulate and request the Court to enter an Order extending the mediation deadline from March 31, 2011, to April 30,

////

-1-
STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE

2011, and continuing the next case management conference, currently set for April 1, 2011 at 1:30 p.m., to April 15, 22 or 29th.

Dated: March 25, 2011          WELTIN, STREB & WELTIN LLP

                               /s/ Patrick B. Streb
                               By _____
                               Patrick B. Streb
                               Attorneys for Plaintiff
                               ERIC MONTENEGRO

Dated: March 25, 2011          FLYNN, DELICH & WISE LLP

                               /s/ James B. Nebel
                               By _____
                               James B. Nebel
                               Attorneys for Defendant
                               WAN HAI LINES (SINGAPORE) PTE LTD.

The stipulation is based upon the following representation of James B. Nebel, lead counsel for Wan Hai Lines (Singapore) Ltd.:

1. Counsel for the parties held a pre-mediation conference call with John Skelton, the court-appointed mediator in this action, during which they scheduled the mediation for March 30, 2011;

2. Following that conference call, I attempted to obtain settlement authority through the London underwriter with which I have been corresponding throughout the duration of this matter. In response, I learned that the insured, Wan Hai Lines, has an internal procedure that must be followed to obtain settlement approval. That procedure takes about two weeks to complete and cannot be completed before the scheduled mediation date;

3. Upon learning of that fact, I telephoned Patrick Streb, counsel for the plaintiff, and we then had a conference call with John Skelton. We have re-scheduled the mediation to be held on April 12, 2011. I am confident that the approval process will be completed in advance of the re-scheduled session; and

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE

4. This stipulation and proposed Order seek the Court's approval of the revised schedule.

/s/ James B. Nebel
By _____

[PROPOSED] ORDER

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the currently scheduled mediation deadline of March 31, 2011, is extended to April 30, 2011, and the next case management conference, scheduled for April 1, 2011 at 1:30 p.m., is continued to April 22, 2011, at 1:30 p.m. The parties are to submit a joint case management statement one week prior to the case management conference.

Dated: March 28, 2011



_____
UNITED STATES MAGISTRATE JUDGE

-3-
STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE