Patrick B. Streb/State Bar No. 116555
WELTIN, STREB & WELTIN
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Telephone: 510-251-6060
Facsimile: 510-251-6040

Attorneys for Plaintiff
ERIC MONTENEGRO

James B. Nebel/State Bar No.69626
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, California 94104
Telephone: 415-693-5566
Facsimile: 415-693-0410

Attorneys for Defendant
WAN HAI LINES (SINGAPORE) PTE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MONTENEGRO, <br><br> Plaintiff, <br><br> vs. <br><br> WAN HAI LINES (SINGAPORE) PTE LTD., et al., <br>, <br> Defendants. | Case No.: C 10-000581 JCS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER SETTING CERTAIN PRETRIAL DATES** |

At the Case Management Conference that was held on April 22, 2011, the Court set this matter for jury trial to commence on February 6, 2012 at 8:30 a.m. in Courtroom A, 15th Floor. The Court also directed the parties to stipulate as to certain other pretrial dates and to submit a proposed Order.

---
-1-
STIPULATION AND [~~PROPOSED~~] ORDER SETTING CERTAIN PRETRIAL DATES

1  Accordingly, the parties to this action, plaintiff ERIC MONTENEGRO, and defendant,
2  WAN HAI LINES (SINAGAPORE) PTE LTD., by and through their counsel of record, stipulate
3  and request the Court to enter an Order as follows.

### DISCOVERY

1. All non-expert discovery shall be completed by October 1, 2011.
2. All expert disclosures required by Federal Rules of Civil Procedure shall be made by October 15, 2011.  Expert rebuttal disclosures shall be completed by November 5, 2011.
3. In lieu of filing formal discovery motions, lead trial counsel for plaintiff and lead trial counsel for defendant shall meet and confer in person regarding the subject matter of the motion(s) in an effort to resolve these matters.  After attempting other means to confer on the issue (i.e., letter, phone call, e-mail) any party may demand such a meeting on ten (10) business days' notice.  The location of the meeting will alternate with the first location selected by counsel for plaintiff, the second by counsel for defendant, etc.  Within five (5) business days of the lead trial counsel's meet-and-confer session, the parties shall provide a detailed joint letter to the Court.  This joint letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and their final proposed compromise on each issue.  Upon receipt of the joint letter, the Court will determine what future proceedings are necessary.

### MOTIONS

4. All dispositive motions shall be served and filed not less than thirty-five (35) days prior to the scheduled hearing date of November 18, 2011, at ~~9:30 a.m.~~ 1:30 p.m.  Any opposition shall be served and filed no later than twenty-one (21) days prior to the hearing date.  Any reply to the opposition shall be served and filed no later than fourteen (14) days prior to the date of the hearing.

With respect to motions for summary judgment, parties shall follow the procedure's outlined in Judge Spero's standing Order.

-2-
STIPULATION AND [PROPOSED] ORDER SETTING CERTAIN PRETRIAL DATES

**PRETRIAL CONFERENCE**

5. A Final Pretrial Conference shall be held on January 27, 2012, at 1:30 p.m., in Courtroom A, 15th Floor. Each party shall attend by lead trial counsel.

Dated: May 5, 2011        WELTIN, STREB & WELTIN LLP

                   /s/ Patrick B. Streb
        By _____
                   Patrick B. Streb
                   Attorneys for Plaintiff
                   ERIC MONTENEGRO

Dated: May 5, 2011        FLYNN, DELICH & WISE LLP

                   /s/ James B. Nebel
        By _____
                   James B. Nebel
                   Attorneys for Defendant
                   WAN HAI LINES (SINGAPORE) PTE LTD.

**[~~PROPOSED~~] ORDER**

The Court adopts the parties' stipulated schedule.

**SO ORDERED.**

Dated: May 10, 2011



_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

-3-
STIPULATION AND [PROPOSED] ORDER SETTING CERTAIN PRETRIAL DATES

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626